```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT MORAN,

                        Plaintiff,

      v.

THE NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION; JACOBI
MEDICAL CENTER; and CROTHALL
HEALTHCARE, INC.,

                       Defendants.

20-CV-8225 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On August 23, 2021, the Court scheduled a post-fact-discovery conference in this case for Friday, November 5, 2021, at 3:00 p.m. Dkt. 27. Due to a scheduling conflict, that conference is hereby rescheduled for Friday, November 5, 2021 at 11:30 a.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    October 27, 2021
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge