**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 02/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT MORAN,

                Plaintiff,

      v.

NEW YORK CITY HEALTH AND HOSPITALS CORP., JACOBI MEDICAL CENTER, and CROTHALL HEALTHCARE, INC,

                Defendants.

No. 20-CV-8225 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 27, 2021, counsel for Defendants advised the Court that Plaintiff Vincent Moran had passed away. By Order dated December 28, 2021, the Court directed Plaintiff's counsel to submit a letter by January 31, 2022 advising the Court as to the future of this matter. *See* Dkt. 35. To date, no such letter has been filed. Plaintiff's counsel shall submit a letter updating the Court by no later than February 24, 2022.

SO ORDERED.

Dated:    February 17, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge