```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT MORAN,

                      Plaintiff,

v.

THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; JACOBI MEDICAL CENTER; and CROTHALL HEALTHCARE, INC.,

                      Defendants.

20-CV-8225 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 25, 2022, the Court ordered Plaintiff's counsel to file a letter with the court updating it as to the future of this litigation, and informed him that if he failed to do so by April 15, 2022, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As of today's date, Plaintiff's counsel has not responded to the Court's March 25th Order.

    Plaintiff's counsel shall submit a letter on the status of the litigation by May 23, 2022. Failure to do so will result in dismissal of this action pursuant to Rule 41(b).

SO ORDERED.

Dated:    May 2, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge